## WILLHELM and Another *v.* BULL.

Where judgments are taken by default, a motion to set aside the default, or for a review, should precede an appeal to this Court.

APPEAL from the *Madison* Circuit Court.

*Per Curiam.*—In this case there was judgment by default, and no steps taken below to set it aside, or to review the judgment for error. According to numerous rulings of this Court, we can not examine the record for errors, especially as the time had not elapsed when this appeal was taken, within which one of the remedies above alluded to would be barred. The policy is to compel parties to obtain redress in the Courts below, where opportunity remains to do so.

The appeal is dismissed, with costs.

*W. R. Pierse, H. D. Thompson,* and *R. N. Williams,* for the appellants.

*John Brownlee,* for the appellee.